IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Horton, Veronica | Case Number: 06 B 11465 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/7/08 | Filed: 9/13/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 26, 2008
Confirmed: November 7, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,834.65 | |
| Secured: | | 2,057.67 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 276.98 |
| Other Funds: | | 0.00 |
| Totals: | 4,834.65 | 4,834.65 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Gleason & MacMaster | Administrative | 2,500.00 | 2,500.00 |
| 2. | New Century Mortgage | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | New Century Mortgage | Secured | 7,410.75 | 2,057.67 |
| 5. | Midland Credit Management | Unsecured | 275.64 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 755.60 | 0.00 |
| 7. | Illinois Dept Of Human Services | Unsecured | 1,274.40 | 0.00 |
| 8. | Capital One | Unsecured | 584.93 | 0.00 |
| 9. | Cook County Department of Rev | Secured | | No Claim Filed |
| 10. | Cook County Treasurer | Secured | | No Claim Filed |
| 11. | Ferleger & Associates LTD | Unsecured | | No Claim Filed |
| 12. | CCA | Unsecured | | No Claim Filed |
| 13. | Balaban Furniture Ltd | Unsecured | | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 15. | Park Dansan | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Tate & Kirlin | Unsecured | | No Claim Filed |
| 18. | Park Dansan | Unsecured | | No Claim Filed |
| 19. | Target National Bank | Unsecured | | No Claim Filed |
| 20. | Trustmark Insurance Co | Unsecured | | No Claim Filed |
| 21. | Ferleger & Associates LTD | Unsecured | | No Claim Filed |
| 22. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 23. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 12,801.32 | $ 4,557.67 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Horton, Veronica

Printed: 10/7/08

Case Number: 06 B 11465
Judge: Goldgar, A. Benjamin
Filed: 9/13/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 66.37 |
| 5.4% | 67.56 |
| 6.5% | 143.05 |
|  | _____ |
|  | $ 276.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

